PROB 12C  
(7/93)

Report Date: June 6, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Cousins   Case Number: 2:12CR00039-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Colville, Washington 99114

Name of Sentencing Judicial Officer:  The Honorable Joseph F. Bataillon, Chief U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: September 26, 2005

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison 72 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: November 1, 2009 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 19, 2014 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1   **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

   **Supporting Evidence**:  On April 17, 2014, Mr. Cousins was arrested for fourth degree assault in Stevens County, Washington.  Mr. Cousins notified this officer of the aforementioned arrest through a written monthly supervision report, which was received on May 1, 2014.

2   **Mandatory Condition #2:** The defendant shall not commit another federal, state or local crime.

   **Supporting Evidence:** According to the incident report, a Stevens County Sheriff's deputy was dispatched to Mr. Cousins' residence in Colville, Washington.  His wife, Eileen Cousins, reported that she had been assaulted by Mr. Cousins.

Upon arrival, Mr. Cousins was contacted outside of the residence. He stated several kids, including his two stepchildren and some of their friends, were at the house and being noisy. Mr. Cousins reportedly told the kids to be quiet, when his stepson and one of his friends threatened to assault him. His wife was also reportedly yelling at him. Mr. Cousins reported nobody was assaulted during that verbal exchange; however, he stated he pushed past his wife who was located in a small hallway to get to his phone to call 911.

The deputy also interviewed his wife, Eileen Cousins, and four other individuals who were in the residence. Mrs. Cousins reported to the deputy that Mr. Cousins had been drinking that night and was going to bed. Mr. Cousins allegedly started to yell at the other individuals in the residence for being too noisy. He then reportedly went into the bathroom of the residence and started to drink Listerine. Mrs. Cousins reportedly attempted to take the bottle away from the offender, and he allegedly pushed her "violently."

There were also three other individuals in the residence that told the deputy they had witnessed Mr. Cousins push his wife. Subsequently, Mr. Cousins was arrested for fourth degree assault domestic violence. Mr. Cousins has been charged with fourth degree assault in Stevens County District Court in Colville, Washington, under cause number SCCR13703. His next scheduled hearing in this matter is scheduled for July 15, 2014, at 8:30 a.m.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/06/2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/8/2014

Date